IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ICHIYO EKO KOGA, | ) CV. NO. 11-00123 SOM-BMK |
| | ) |
| Plaintiff, | ) ORDER SETTING TRIAGE |
| | ) CONFERENCE |
| vs. | ) |
| | ) |
| EASTERN SAVINGS BANK, FSB, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER SETTING TRIAGE CONFERENCE

In accordance with Rule 16.10 of the Local Rules of Practice for the United States District Court for the District of Hawaii, a triage conference shall be held in this action on **April 28, 2011** at **9:30 a.m.** before Magistrate Judge Barry M. Kurren.

All parties or their counsel shall attend in person and be prepared to discuss the following subjects.

    (1)    Identification and description of claims and alleged defects in loan documents.

    (2)    Prospects for loan modification.

    (3)    Prospects for settlement, including participation in alternative dispute resolution processes.

      (4)     Any other matters that may be conducive to the just, efficient and economical determination of the action.

The parties need not submit written materials to the court for the conference.

In preparation for the conference, counsel for plaintiff shall do the following.

      (1)     Review relevant loan documents and conduct a brief investigation of claims to determine whether plaintiff's claims have merit.

      (2)     If plaintiff is seeking a loan modification to resolve all or some of her claims, counsel shall promptly notify plaintiff that she must prepare a current accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.

      (3)     If plaintiff is seeking a loan modification, counsel shall immediately notify defense counsel of plaintiff's request for loan modification.

      (4)     Provide defense counsel with information necessary to evaluate the prospects for loan modification.  The general and financial information provided by plaintiff to defense counsel may be in the form of a financial statement, worksheet or application customarily used by financial institutions and shall be transmitted by plaintiff to defense counsel no later than 21 days prior to the triage conference.

      (5)     If plaintiff is not attending, counsel shall arrange for plaintiff to be available by telephone for the conference.

In preparation for the conference, counsel for defendant shall do the following.

(1) If defendant is unable or unwilling to do a loan modification after receiving notice of plaintiff's request, defense counsel shall promptly notify plaintiff's counsel to that effect.

(2) Arrange for a representative of defendant with full settlement authority to attend the conference or to have a representative of defendant with full settlement authority available by telephone for the conference.

The triage conference may be reconvened as needed.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 2, 2011

ICHIYO EKO KOGA V. EASTERN SAVINGS BANK, FSB; CV. NO. 11-00123 SOM-BMK; ORDER SETTING TRIAGE CONFERENCE.