Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN     2722-0
GARY P. QUIMING     8822-0
1099 Alakea Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     fhogan@awlaw.com
            gquiming@awlaw.com

Attorneys for Defendant
EASTERN SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ICHIYO EKO KOGA, individually and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>Defendant. | CIVIL NO. CV11-00123 SOM/BMK<br><br>DEFENDANT EASTERN SAVINGS BANK, FSB'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

DEFENDANT EASTERN SAVINGS BANK, FSB'S
<u>CORPORATE DISCLOSURE STATEMENT</u>

Defendant EASTERN SAVINGS BANK, FSB ("Eastern"), by and through

its attorneys Ashford & Wriston, a Limited Liability Law Partnership LLLP,

960772

hereby submits its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Eastern represents that it is has no parent corporation and that no publicly held corporation owns or holds a ten percent (10%) or more interest in Eastern.

DATED:   Honolulu, Hawai'i; April 7, 2011.

      /s/ Gary P. Quiming
      FRANCIS P. HOGAN
      GARY P. QUIMING
      Attorneys for Defendant
      EASTERN SAVINGS BANK, FSB

hereby submits its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Eastern represents that it is has no parent corporation and that no publicly held corporation owns or holds a ten percent (10%) or more interest in Eastern.

DATED:   Honolulu, Hawai'i; April 7, 2011.

/s/ Gary P. Quiming
FRANCIS P. HOGAN
GARY P. QUIMING
Attorneys for Defendant
EASTERN SAVINGS BANK, FSB

Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN     2722-0
GARY P. QUIMING      8822-0
1099 Alakea Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     fhogan@awlaw.com
            gquiming@awlaw.com

Attorneys for Defendant
EASTERN SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ICHIYO EKO KOGA, individually and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>Defendant. | CIVIL NO. CV11-00123 SOM/BMK<br><br>CERTIFICATE OF SERVICE<br><br>[RE:  DEFENDANT EASTERN SAVINGS BANK, FSB'S CORPORATE DISCLOSURE STATEMENT] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a copy of the document,

DEFENDANT EASTERN SAVINGS BANK, FSB'S CORPORATE

960772

DISCLOSURE STATEMENT, was made upon the party's attorneys below as follows:

*Via U.S. Mail, Postage Prepaid, and Email:*

JOHN HARRIS PAER, ESQ.
41B Kepola Place
Honolulu, Hawaii  96817
Email:  paerj001@hawaii.rr.com

Attorney for Plaintiff

*Electronically via CM/ECF:*

CHRISTIAN P. PORTER
Porter Tom Quitiquit Chee & Watts, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Email:  cporter@btpqlaw.com

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii; April 29, 2011.

/s/ Gary P. Quiming
FRANCIS P. HOGAN
GARY P. QUIMING
Attorneys for Defendant
EASTERN SAVINGS BANK, FSB