Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN    2722-0
GARY P. QUIMING     8822-0
1099 Alakea Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:    fhogan@awlaw.com
           gquiming@awlaw.com

Attorneys for Defendant
EASTERN SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ICHIYO EKO KOGA, individually and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>Defendant. | CIVIL NO. CV11-00123 SOM/BMK<br><br>CERTIFICATE OF SERVICE (RE: DEFENDANT EASTERN SAVINGS BANK, FSB'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT) |

1052786_2.DOC

CERTIFICATE OF SERVICE (RE: DEFENDANT EASTERN SAVINGS BANK, FSB'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT)

The undersigned hereby certifies that the document, DEFENDANT EASTERN SAVINGS BANK, FSB'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, dated December 15, 2011, was duly served on this date on the following parties by depositing said document in the U.S. Mail, postage prepaid, addressed as follows:

TO:  JOHN HARRIS PAER, ESQ.
     41 B. Kepola Place
     Honolulu, Hawaii  96817

     CHRISTIAN P. PORTER
     Porter Tom Quitiquit Chee & Watts, LLP
     2125 Davies Pacific Center
     841 Bishop Street
     Honolulu, Hawaii  96813

     Attorneys for Plaintiff
     ICHIYO EKO KOGA,
     Individually and as Trustee

DATED:  Honolulu, Hawaii; December 15, 2011.

_____
FRANCIS P. HOGAN
GARY P. QUIMING
Attorneys for Plaintiff
EASTERN SAVINGS BANK, FSB