O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP
JERROLD K. GUBEN    3107-0
JEFFERY S. FLORES    8691-0
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:  (808) 531-8628
jkg@opglaw.com
jsf@opglaw.com

TOM PETRUS & MILLER LLLC
LYLE M. ISHIDA          4529-0
Finance Factors Ctr.
1164 Bishop Street, Ste. 650
Honolulu, Hawaii 96813
Telephone:  (808) 792-5800
Facsimile:   (808) 792-5809
lishida@tpm-hawaii.com

Attorneys for Defendant and
Third-Party Plaintiff
EASTERN SAVINGS BANK, FSB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>                    Plaintiff,<br>     vs.<br><br>EASTERN SAVINGS BANK, FSB, | CIVIL NO. CV11-00123 DKW/BMK<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS MOTION BANK, FSB'S FOR ENTRY OF DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANTS WILLIAM J. VROOM, ALII |

|  |  |
|---|---|
| Defendant. | FINANCIAL CORPORATION, PRIORITY ONE DEBT RELIEF SERVICES, LLC, AND JANICE M.K. GANITANO] |
| EASTERN SAVINGS BANK, FSB,<br><br>Third-Party Plaintiff.<br><br>Vs.<br><br>TITLE GUARANTY ESCROW SERVICES, INC., WILLIAM J. VROOM, ALII FINANCIAL CORPORATION; PRIORITY ONE DEBT RELIEF SERVICES, LLC; JANICE M.K. GANITANO,<br><br>Third-Party Defendants. |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS BANK, FSB'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANTS WILLIAM J. VROOM, ALII FINANCIAL CORPORATION, PRIORITY ONE DEBT RELIEF SERVICES, LLC, AND JANICE M.K. GANITANO was duly served upon the following parties at their last known address by the means indicated on January 30, 2014.

273422/12-71                                            2

|  | E-Mail | U.S. MAIL | CM/ECF |
|---|---|---|---|
| JOHN HARRIS PAER, ESQ.<br>41 B Kepola Place<br>Honolulu, Hawaii 96817<br>paerj001@hawaii.rr.com<br>    Attorney for Plaintiff | √ | | |
| CHRISTIAN P. PORTER, ESQ.<br>REBECCA ANN SZUCS, ESQ.<br>PORTER TOM QUITIQUIT CHEE &<br>WATTS, LLP<br>2125 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>cporter@HawaiiLegal.com<br>rszucs@btpqlaw.com<br>    Attorneys for Plaintiff | | | √ |
| WILLIAM J. VROOM<br>12509 Oak Knoll Road<br>Unit 7A<br>Poway, CA 92064<br>    Pro Se | | √ | |
| ALII FINANCIAL CORPORATION<br>c/o William J. Vroom<br>12509 Oak Knoll Road<br>Unit 7A<br>Poway, CA 92064<br>    Pro Se | | √ | |
| PRIORITY ONE DEBT RELIEF<br>SERVICES, LLC<br>c/o William J. Vroom<br>12509 Oak Knoll Road<br>Unit 7A<br>Poway, CA 92064<br>    Pro Se | | √ | |

273422/12-71                                    3

|  | E-Mail | U.S. MAIL | CM/ECF |
|---|---|---|---|
| JANICE M.K. GANITANO<br>2346 Hoohai St.<br>Pearl City, HI 96782<br>Pro Se |  | √ |  |

DATED: Honolulu, Hawaii, January 30, 2014.

_____
JERROLD K. GUBEN
JEFFERY S. FLORES
LYLE M. ISHIDA

Attorneys for Defendant and
Third Party Plaintiff
EASTERN SAVINGS BANK, FSB

273422/12-71

4