IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>      Plaintiff,<br><br>  vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>      Defendant.<br>_____<br>EASTERN SAVINGS BANK, FSB,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>WILLIAM J. VROOM, ALII FINANCIAL CORPORATION; PRIORITY ONE DEBT RELIEF SERVICES, LLC; JANICE M.K. GANITANO; and SONIA EVANS<br><br>      Third-Party Defendants.<br>_____ | CV 11-00123 DKW-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 07, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant and Third-party Plaintiff Eastern Savings Bank, FSB's Motion For Entry of Default Judgment Against Third-Party Defendants William J. Vroom, Alii Financial Corporation, Priority One Debt Relief Services, LLC, and Janice M.K. Ganitano" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i on April 25, 2014.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge