IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>               Plaintiff,<br>vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>               Defendant. | CIVIL NO. CV11-00123 DKW/BMK<br><br>DEFAULT JUDGMENT AS TO THIRD-PARTY DEFENDANTS WILLIAM J. VROOM, ALII FINANCIAL CORPORATION, PRIORITY ONE DEBT RELIEF SERVICES, LLC, AND JANICE M.K. GANITANO |
| EASTERN SAVINGS BANK, FSB,<br><br>               Third-Party Plaintiff.<br>vs.<br><br>WILLIAM J. VROOM, ALII FINANCIAL CORPORATION; PRIORITY ONE DEBT RELIEF SERVICES, LLC; JANICE M.K. GANITANO; and SONIA EVANS<br><br>               Third-Party Defendants. | |

DEFAULT JUDGMENT AS TO THIRD-PARTY DEFENDANTS WILLIAM J. VROOM, ALII FINANCIAL CORPORATION, PRIORITY ONE DEBT RELIEF SERVICES, LLC, AND JANICE M.K. GANITANO

Based upon Defendant and Third-Party Plaintiff Eastern Savings Bank, FSB's ("Eastern") Motion for Entry of Default Judgment Against Third-Party Defendants William J. Vroom, Alii Financial Corporation, Priority One Debt Relief Services, LLC, and Janice M.K. Ganitano, filed herein on January 30, 2014, the "Findings and Recommendation to Grant Defendant and Third Party-Defendants William J. Vroom, Alii Financial Corporation, Priority One Debt Relief Services, LLC, and Janice M.K. Ganitano" filed on April 7, 2014 and the "Order adopting Magistrate Judge's Findings and Recommendation" filed on April 25, 2014 and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendants having failed to answer or otherwise defend the First Amended Complaint, have been adjudged to be in default, and Eastern is entitled to judgment as a matter of law against Third-Party Defendants William J. Vroom, Alii Financial Corporation, Priority One Debt Relief Services, LLC, and Janice M.K. Ganitano ("Third-Party Defendants"), jointly and severally.

2. Accordingly, Third-Party Defendants shall pay to Plaintiff the amount of Five Hundred Eighty-Six Thousand, Eight Hundred Eleven Dollars and Sixty-One Cents ($586,811.61), plus interest after January 27, 2014, accruing at a rate of One Hundred Ninety Dollars and Seventy-Two Cents ($190.72) per day until judgment.

3. Third-Party Defendants shall further pay Eastern's attorneys' fees and costs of suit in the amount of One Hundred Seventy-One Thousand One Hundred Twenty-Nine Dollars and Thirteen Cents ($171,129.13).

DATED: Honolulu, Hawaii,   April 25, 2014.

     SUE BEITIA
Clerk

    /s/ Sue Beitia by  ES
(By) Deputy Clerk

_____
WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991 v. EASTERN SAVINGS BANK, FSB, et al, CV11-00123 DKW/BMK; DEFAULT JUDGMENT AS TO THIRD-PARTY DEFENDANTS WILLIAM J. VROOM, ALII FINANCIAL CORPORATION, PRIORITY ONE DEBT RELIEF SERVICES, LLC, AND JANICE M.K. GANITANO