O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP
JERROLD K. GUBEN   3107-0
JEFFERY S. FLORES   8691-0
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:  (808) 531-8628
jkg@opglaw.com; jsf@opglaw.com

TOM PETRUS & MILLER LLLC
LYLE M. ISHIDA   4529-0
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone:  (808) 792-5800
Facsimile:   (808) 792-5809
lishida@tpm-hawaii.com

Attorneys for Defendant and
Third-Party Plaintiff
EASTERN SAVINGS BANK, FSB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>            Plaintiff,<br>vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>            Defendant. | CIVIL NO. CV11-00123 DKW/BMK<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS BANK, FSB'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW TO DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS BANK, FSB'S MOTION FOR SUMMARY JUDGMENT AGAINST SONIA M. EVANS) |

| | |
|---|---|
| EASTERN SAVINGS BANK, FSB,<br><br>Third-Party<br><br>Plaintiff.<br><br>vs.<br><br>WILLIAM J. VROOM, ALII FINANCIAL CORPORATION; PRIORITY ONE DEBT RELIEF SERVICES, LLC; JANICE M.K. GANITANO; and SONIA EVANS<br><br>Third-Party<br>Defendants. | Trial:  No Trial Date<br>Judge: Honorable Derrick Kahala<br>          Watson |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS BANK, FSB'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW TO DEFENDANT AND THIRD-PARTY PLAINTIFF EASTERN SAVINGS BANK, FSB'S MOTION FOR SUMMARY JUDGMENT AGAINST SONIA M. EVANS* was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | E-Mail | U.S. MAIL | CM/ECF |
|---|---|---|---|
|  |  | √ |  |

SONIA M. EVANS
320 Ohua Ave., #402
Honolulu, HI 96815
    Pro Se

DATED: Honolulu, Hawaii, May 5, 2014.

_____
JERROLD K. GUBEN
JEFFERY S. FLORES

Attorneys for Defendant and
Third Party Plaintiff
EASTERN SAVINGS BANK, FSB

276506/12-71

3