AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TATSUMI KOGA, individually, as attorney in fact for Ichiyo Eko Koga, and as trustee of the William Tsugio Koga and Ichiyo Eko Koga Revocable Living Trust, dated February 4, 1991,<br><br>      Plaintiff,<br><br>      vs.<br><br>EASTERN SAVINGS BANK, FSB,<br><br>      Defendant.<br>_____<br>EASTERN SAVINGS BANK, FSB,<br><br>      Third-Party Plaintiff,<br><br>      vs.<br><br>WILLIAM J. VROOM; ALII FINANCIAL CORPORATION; PRIORITY ONE DEBT RELIEF SERVICES, LLC; JANICE M. K. GANITANO; and SONIA M. EVANS,<br><br>      Third-Party Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 11-00123 DKW-BMK<br><br><br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 22, 2014<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Eastern Savings Bank, FSB and against Sonia M. Evans in accordance with the " Findings of Fact and Conclusions of Law Granting Eastern Savings Bank's Motion for Summary Judgment Against Sonia M. Evans " filed on May 9, 2014. Judgment is entered against Sonia M. Evans in the total amount of $634,991.17 with per diem interest of $180.77 accruing on  $459,403.27 of the $634,991.17 judgment amount from April 1, 2014 up to the date Judgment is entered.

|  |  |
|---|---|
| May 22, 2014 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ES |
|  | (By) Deputy Clerk |